GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE: (208) 734-1180
FAX: (208) 734-2783
trustee@filertel.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| April Rae Twitchell, | ) | |
| | ) | CASE NO. 19-41103-JMM |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Motion for Turnover of Property and Records

Notice of Motion for Turnover of Property and Records
and Opportunity to Object and for a Hearing

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**COMES NOW**, Gary L. Rainsdon, the Trustee in the above-entitled matter and moves this Court pursuant to 11 USC §§ 542 and 521(a)(4), for an order directing the Debtor to surrender the following property and records, to-wit:

1. The amount of $2,000.00 cash, held in the Debtor's possession on the date of filing.

The Trustee requested the above item(s) at the Meeting of Creditors on January 6, 2020. The Trustee makes said motion upon the grounds and for the reasons that said property is property of the bankruptcy estate and the Debtor have not provided the requested item(s) to the Trustee.

Dated this: January 16, 2020

_____/s/_____
Gary L. Rainsdon, Trustee

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 16, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Kameron M Youngblood     youngbloodlaw@gmail.com, youngbloodlawecfnotice@gmail.com;G29963@notify.cincompass.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

April Twitchell
117 E. Avenue G
Jerome, ID 83338

American Express National Bank, c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

None

Via certified mail, return receipt requested, addressed as follows:

None

By:_____/s/_____
Gary L. Rainsdon,  Trustee